**Order entered December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01222-CV

## IN RE P.K., KIRTLAND REALTY GROUP, L.P., 1907 ELM GP GROUP, 1900 PACIFIC GP CORP., PETROCORRIGAN GP, LLC, PETROCORRIGAN DEVELOPMENT GP CORP., KRG GENPAR, LLC, T.W. DUKE CAPITAL, L.P., AND TWDC GENPAR, LLC, Relators

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11304**

# ORDER
Before Chief Justice Wright and Justices Lang-Miers and Fillmore

Based on the Court's opinion of this date, we **DISMISS** in part and **DENY** in part the petition for writ of mandamus. We **ORDER** relators to bear the costs of this original proceeding.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE